IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-166-D

| | | |
|---|---|---|
| JD SOLAR SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRABANT SOLAR, INC., and | ) | |
| ROVSHAN SADE a/k/a ROB SADE, | ) | |
| | ) | |
| Defendants. | ) | |

On February 22, 2018, JD Solar Solutions, LLC moved for entry of default against defendant Trabant Solar, Inc. ("Trabant") [D.E. 32]. On March 15, 2018, Trabant responded in opposition [D.E. 37].

The court has reviewed the record and governing law. The motion for entry of default [D.E. 32] is DENIED.

SO ORDERED. This 9 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge